UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:94-CR-119-LDG |
| vs. ) | |
| DAMON LITTLEJOHN ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#224) on May 23, 1995. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HARRAHS HOTEL AND CASINO
Amount of Restitution: $97,040.00

**Total Amount of Restitution ordered:** $97,040.00**
**Joint and Several with co-defendants

Dated this 2nd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE